SCOTT N. SCHOOLS (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7359
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0097 MMC |
|     Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
|     v. | |
| ROBERT MCCLURE, | |
|     Defendant. | |

    To the Honorable Maxine M. Chesney, United States District Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Robert McClure. The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the following writ.

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR 07-0097

1  DATED: May 14, 2007                    Respectfully submitted,

2                                          SCOTT N. SCHOOLS
                                           United States Attorney
3

4
                                           _____/s/_____
5                                          DENISE MARIE BARTON
                                           Assistant United States Attorney
6

7  IT IS SO ORDERED.

8  DATED:    May 15, 2007

9
                                           _____
10                                         HON. MAXINE M. CHESNEY
                                           United States District Judge
11

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR 07-0097

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of the San Mateo County Jail, 300 Bradford Street, Redwood City, CA 94063:

**GREETINGS**

The prisoner, Robert McClure, County ID #1106848, is in custody in the above-referenced institution.  He is required to appear as soon as possible before the Duty Magistrate on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH.  You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WITNESS the Honorable Maxine M. Chesney, United States District Judge of the United States District Court for the Northern District of California.

DATED:                                         CLERK
                                               UNITED STATES DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA

                                               _____
                                                    DEPUTY CLERK

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR 07-0097