SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0097 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ) | |
| v. ) | |
| ) | |
| ROBERT MCCLURE, ) | |
| ) | |
| Defendant. ) | |

On June 20, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 20, 2007 through July 25, 2007. The parties represented that granting the continuance was necessary for continuity of counsel, given that defense counsel will be unavailable for one week of this period, and for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: July 30, 2007 | /s/<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: July 30, 2007 | /s/<br>RON TYLER<br>Attorney for ROBERT MCCLURE |

As the Court found on June 21, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from June 20, 2007 through July 25, 2007 for continuity of counsel and effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny the defendant continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: August 8, 2007

_____
Honorable Maxine M. Chesney
United States District Court Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-0097 MMC                                              2