SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0097 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ) | |
| v. ) | |
| ) | |
| ROBERT MCCLURE, ) | |
| ) | |
| Defendant. ) | |

On July 25, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from July 25, 2007 through August 22, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0097 MMC                    1

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: July 30, 2007 | /s/<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: July 30, 2007 | /s/<br>RON TYLER<br>Attorney for ROBERT MCCLURE |

As the Court found on July 25, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from July 25, 2007 through August 22, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: August 8, 2007

_____
Honorable Maxine M. Chesney
United States District Court Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-0097 MMC     2