IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>vs.<br>ROBERT McCLURE,<br>               Defendant. | No. CR 07-0097 MMC<br><br>STIPULATION AND ORDER SETTING FILING DATES AND CONTINUING HEARING AND EXCLUDING TIME |

**STIPULATION**

This matter was previously scheduled for hearing for October 24, 2007 on defendant's motion to suppress. Due to delays caused by necessary production of additional discovery and investigation, the defendant filed his motion on October 10, 2007. The parties agree that the government will file any opposition to the motion on October 24; the defendant will file any reply on October 31; and the parties will be available for a hearing on November 7, 2007 at 2:30 p.m.

For the foregoing reasons, the parties agree to continue the matter until November 7, 2007 and request that time be excluded under the Speedy Trial Act based upon the need for effective preparation by defense counsel.

It is so stipulated.

DATED: October 11, 2007　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　RONALD TYLER
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　Counsel for Robert McClure

DATED: October 11, 2007　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　DENISE MARIE BARTON
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# ORDER

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until November 7, 2007 at 2:30 p.m.  Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from October 24, 2007 until November 7, 2007 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED: October 12, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE