SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0097 MMC |
| ) | |
|     Plaintiff, ) | STIPULATION AND ORDER AMENDING |
| ) | MOTION SCHEDULE AND CONTINUING |
|    v. ) | MOTION HEARING DATE |
| ) | |
| ROBERT MCCLURE, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    On August 22, 2007, the parties in this case appeared before the Court and set a briefing and hearing schedule for a Motion to Suppress. Thereafter, at the request of the Defendant, the parties stipulated to continue the briefing dates and reset the hearing for November 7, 2007 at 2:30 p.m.

    Counsel for the Defendant filed the Motion to Suppress on October 10, 2007. Due to personal and work obligations, including out-of-town work conferences from October 15 through October 19, 2007, counsel for the Government was not able to file her Response to Defendant's Motion to Suppress by the scheduled date, October 24, 2007. Counsel for the Government apprised counsel for the Defense of this issue upon realizing that she would not

complete the Response in accordance with the previously set schedule.

The parties agree that counsel for the Government will file a Response on November 2, 2007; the Defendant will file any Reply on November 16, 2007; and the parties will be available for a hearing on November 28, 2007 at 2:30 p.m.  The parties agree that time is excluded under the Speedy Trial Act upon filing of the Motion to Suppress through the "conclusion of the hearing on, or other prompt disposition of, such motion" and for effective preparation of counsel.  18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(iv).

For the foregoing reasons, the parties agree to continue this matter for hearing until November 28, 2007 at 2:30 p.m.

SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

DATED: October 30, 2007              _____/s/_____
                                     DENISE MARIE BARTON
                                     Assistant United States Attorney

DATED: October 30, 2007              ____/s/_____
                                     RON TYLER
                                     Attorney for ROBERT MCCLURE

For the foregoing reasons, this matter is continued until November 28, 2007 at 2:30 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the Government reasonable time for effective preparation, taking into account the exercise of due diligence.  Accordingly, time shall be excluded from November 7, 2007 through the "conclusion of the hearing on, or other prompt disposition of" the Motion to Suppress.

SO ORDERED.

DATED: October 30, 2007              _____
                                     Honorable Maxine M. Chesney
                                     United States District Court Judge

Stipulation and [Proposed] Order- CR 07-0097 MMC                                    2