IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0097 MMC |
| Plaintiff, | **ORDER DENYING REQUEST TO DIRECT U.S. MARSHAL TO PROVIDE IMMEDIATE DENTAL CARE** |
| v. | |
| ROBERT McCLURE, | |
| Defendant. | |

The Court is in receipt of defendant's request for an order directing the U.S. Marshal to provide him immediate dental care.

The request fails to set forth the specific nature of defendant's condition, nor does it state what dental/medical evaluation and care defendant has received to date in the Marshal's custody.

Further, the request is ambiguous as to the limitation placed on defendant's receipt of pain medication. Specifically, it is unclear what pain medication defendant has received to date and what pain medication can be provided him thereafter without court intervention.

Accordingly, the request is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: February 1, 2008

_____
MAXINE M. CHESNEY
United States District Judge