JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   E-mail: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-0097 MMC |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA DATE |
|    v. | |
| ROBERT MCCLURE, | |
|    Defendant. | |

     This matter is currently scheduled for a Change of Plea before this Court on Wednesday, February 13, 2008 at 2:30 pm. Counsel for the government has been out of the Office on medical leave due to an injury and has not had an opportunity to provide counsel for the defendant with an approved plea agreement. Counsel for the government anticipates providing the approved agreement to counsel for the defendant this week. To afford counsel for the defendant adequate time to discuss this plea agreement with the defendant, the parties request that the date for Change of Plea be continued until February 27, 2008. Counsel for the government will still be on medical leave on that date but will have another Assistant United States Attorney cover the appearance for her. The parties agree that time is properly excluded

under the Speedy Trial Act for continuity and effective preparation of counsel. 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

For the foregoing reasons, the parties agree to continue this matter for hearing until February 27, 2008 at 2:30 p.m.

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: February 12, 2008          /s/
                                  DENISE MARIE BARTON
                                  Assistant United States Attorney

DATED: February 12, 2008          /s/
                                  RON TYLER
                                  Attorney for ROBERT MCCLURE

~~For the foregoing reasons, this matter is continued until February 27, 2008 at 2:30 p.m.~~ Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that failure to do so would deny the parties continuity of counsel and reasonable time for effective preparation, taking into account the exercise of due diligence. Accordingly, time shall be excluded from February 13, 2008 through February 27, 2008. Given the number of lengthy matters on the Court's February 27, 2008 calendar, however, the matter is continued to March 5, 2008 at 2:30 p.m.
SO ORDERED.

DATED: February 12, 2008                          *[signature]*
                                  HONORABLE MAXINE M. CHESNEY
                                  United States District Court Judge