JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-0097 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER AMENDING MOTION SCHEDULE AND |
| v. | CONTINUING CHANGE OF PLEA DATE |
| ROBERT MCCLURE, | |
| Defendant. | |

This matter is set for a change of plea before this Court on March 5, 2008, at 2:30 pm. On the morning of March 3, 2008, counsel for the defendant received a proposed plea agreement from counsel for the government. Counsel for the government was not able to prepare and provide a plea agreement to defense counsel prior to that time due to the fact that she suffered a knee injury on February 2, 2008; underwent surgery on February 20, 2008; and returned to the office on March 3, 2008. Counsel for the government was out of the office on sick leave for most of this time between February 2, 2008 and March 3, 2008. To afford counsel for the defendant sufficient time to review the plea agreement with his client, the parties respectfully request that this matter be continued for one week until March 12, 2008. The parties agree that

Stipulation and [Proposed] Order- CR 07-0097 MMC                                     1

time is properly excluded under the Speedy Trial Act for effective preparation of counsel. 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

For the foregoing reasons, the parties agree to continue this matter for a change of plea until March 12, 2008 at 2:30 p.m.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 3, 2008 _____/s/_____
DENISE MARIE BARTON
Assistant United States Attorney


DATED: March 3, 2008 _____/s/_____
RONALD C. TYLER
Attorney for ROBERT MCCLURE

For the foregoing reasons, this matter is continued until March 12, 2008 at 2:30 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the Government reasonable time for effective preparation, taking into account the exercise of due diligence. Accordingly, time shall be excluded from March 5, 2008 through March 12, 2008.

SO ORDERED.

DATED: March 3, 2008 _____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge