BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MCCLURE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROBERT MCCLURE, <br> Defendant. | No. CR 07-0097 MMC <br><br> **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |

  Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for June 25, 2008, be continued to July 9, 2008, at 2:30 p.m. The reason for the continuance is that counsel for the defendant will be out of the district teaching on the date presently set.

//
//
//
//
//

STIPULATION TO CONTINUE
HEARING *U.S. v. Robert McClure*
*No. CR 07-0097 MMC*       1

1   Both counsel and the probation officer are available on the requested date.

2   IT IS SO STIPULATED:

4   Dated:   June 12, 2008                    ___/s/_____
                                               RONALD C. TYLER
5                                              Assistant Federal Public Defender

6   Dated:   June 12, 2008                    ___/s/_____
                                               DENISE M. BARTON
7                                              Assistant United States Attorney

9                           [PROPOSED] ORDER

10   GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11   aforementioned matter currently set for June 25, 2008 shall be continued to July 9, 2008, at

12   2:30 p.m.

13   **IT IS SO ORDERED**.

15   Dated:_ June 13, 2008_____         _____
                                              HON. MAXINE M. CHESNEY
16                                            United States District Court Judge

STIPULATION TO CONTINUE
HEARING *U.S. v. Robert McClure*
*No. CR 07-0097 MMC*                          2